## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CRISTIAN ROMERO MONTERO,** individually and on behalf of all other persons similarly situated who were employed by J A ALEXANDER, INC WEST ESSEX CONSTRUCTION, INC., **MARIA REBIMBAS,** individually, and **JOSEPH DOMINICK REBIMBAS,** individually,<br><br>Plaintiffs,<br><br>vs.<br><br>**J A ALEXANDER, INC., WEST ESSEX CONSTRUCTION, INC., MARIA REBIMBAS,** individually, and **JOSEPH DOMINICK REBIMBAS,** individually,<br><br>Defendants. | **Civil Action No.: 2:23-CV-21679-SRC-JRA** |

PLEASE TAKE NOTICE that Plaintiff, Cristian Romero Montero and putative class members, and Defendants, JA Alexander, Inc., West Essex Construction, Inc., any other entities affiliated with, controlling, or controlled by JA Alexander, Inc., and West Essex Construction, Inc, and Maria Rebimbas, Individually and Joseph Dominick Rebimbas, Individually (collectively the "parties"), by and through their respective counsel, will move this Honorable Court, the United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, NJ 07102, on November 30, 2025, at 9:30 a.m., for Preliminary Approval of the parties' Joint Motion for Class and Collective Action Settlement.

PLEASE TAKE FURTHER NOTICE that in support of their motion, the parties rely upon this Notice of Motion, the Memorandum of Law in Support of Preliminary Approval of the Joint Motion for Class and Collective Action Settlement, the Declaration of Andrew Glenn, Esq., the

1

Notice of Proposed Class and Collective Action Settlement, the Settlement Stipulation, and the proposed Order, all of which were filed on September 30, 2025 as well as the pleadings and papers filed herein, and the argument of counsel at the time of the hearing, should oral argument be necessary.

Dated: September 30, 2025    Respectfully submitted,

JAFFE GLENN LAW GROUP, P.A.

/s/ Andrew Glenn
Andrew Glenn, Esq.
E-mail: aglenn@jaffeglenn.com
Jodi Jaffe, Esq.
Email: jjaffe@jaffeglenn.com
300 Carnegie Center, Suite 150
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorneys for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2025, I electronically filed the foregoing document, with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

.

/s/ Andrew Glenn
Andrew Glenn, Esq.

## SERVICE LIST

Connell Foley, LLP
Molly Hurley Kellett, Esq.
56 Livingston Avenue
Roseland, NJ 07068
Tel: (973)535-0500
mkellett@connellfoley.com
*Attorneys for Defendants*